IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

    Plaintiffs,

vs.                       CASE NO.: 4:05cv123-SPM/AK

GALE A. NORTON, in her capacity as
Secretary of the Interior of the United States,

    Defendant.
_____/

## ORDER OF DISMISSAL

The terms and conditions of the Stipulated Settlement Agreement (doc. 17) are hereby adopted as an Order of this Court. Pursuant thereto, Plaintiffs' complaint is dismissed with prejudice.

DONE AND ORDERED this 12th day of December, 2005.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge